Submitted September 13, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Michael J. Korolishin, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

379 A.2d 617

Commonwealth v. White, Appellant.

Submitted June 13, 1977. Michael L. Levy, and Shuman, Lawler and Levy, for appellant; Denis P. Cohen, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The finding of guilt is confirmed. The sentence is vacated and we remand for resentencing consistent with the doctrine of merger. *Commonwealth v. Sparrow*, 471 Pa. 490, 370 A.2d 712 (1977); *Commonwealth v. Brooks*, 242 Pa.Superior Ct. 7, 363 A.2d 1132 (1976).

379 A.2d 617

Commonwealth v. White, Appellant.

Submitted March 21, 1977. Edward J. O'Halloran, for appellant; Randolph L. Goldman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 617

Commonwealth v. Wilkes, Appellant.

Submitted September 22, 1976. O. Robert Silverstein, for appellant; Glenn David Price, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 617

Commonwealth v. Williams, Appellant.

Submitted April 11, 1977. Norman A. Levine, Public Defender, for appellant;